## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| TRUSTEES OF THE SUBURBAN TEAMSTERS OF NORTHERN ILLINOIS WELFARE AND PENSION FUNDS, | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) ) | Case No.:    24 C 12857 |
| | ) | Judge Sharon Johnson Coleman |
| MOYA TRUCKING INCORPORATED an Illinois corporation | ) ) ) | Magistrate Judge Young B. Kim |
| Defendant. | ) ) | |

### MOTION FOR JUDGMENT IN SUM CERTAIN

NOW COME the Plaintiffs, TRUSTEES OF THE SUBURBAN TEAMSTERS OF

NORTHERN ILLINOIS WELFARE AND PENSION FUND, by and through its attorney,

JOHN J. TOOMEY, ARNOLD AND KADJAN, LLP and pursuant to FRCP 55(b)(2) move for

judgment in sum certain as stated in this Motion and the supporting Affidavits attached hereto as

Exhibits 1 and 2. In support of its Motion, Plaintiffs state as follows:

1.    Suit was filed on December 16, 2024 for collection of delinquent contributions

plus attorneys' fees, costs and interest under 29 U.S.C. 1132(g)(2).

2.    Service was made upon MOYA TRUCKING INCORPORATED, an Illinois

corporation on December 17, 2024.

3.    Pursuant to the collective bargaining agreements between MOYA TRUCKING

INCORPORATED, and the Union, MOYA TRUCKING INCORPORATED, failed and continues

to fail to make its obligated contributions to the Fund for the period April 1, 2018 through June 30,

2022 as disclosed in an audit conducted on August 17, 2022 (Exhibit A).

4.    The audit disclosed $7,418.38 due the Welfare Fund and $3,129.27 due the Pension

Fund for a total of $10,547.65.

5.      Defendant, Moya Trucking Incorporated executed the December 26, 2024 settlement documents that it will pay the settlement sums of $3,129.27 Pension (Exhibit B) and $7,418.38 Welfare (Exhibit C) and have made the initial down payments of $1,000 Pension and $1,000 Welfare due January 15, 2025 through April 15, 2025 as required per the Settlement Agreement.

However, the May 15, 2025 through September 15, 2025 Welfare and Pension installment note payments have not been paid (Exhibits B and C).   The remaining balance owed for Pension is $2,168.92 and the remaining balance due Welfare is $6,522.68.

6.      The Notice of Dismissal of February 4, 2025 (Docket #11) dismissed the action without prejudice and retained jurisdiction to enforce the Settlement Agreement which was made part of the Notice of Dismissal and is attached as Exhibit D in the event of a default in the terms of the settlement memorialized in the form of installment notes (Exhibits B and C).

7.      The Funds provided Defendant, Moya Trucking Incorporated, with Notices of Default and Opportunity to Cure letters on May 27, 2025 and July 28, 2025 (Group Exhibit E).

8.      The Defendant corporation is in default in payment under the terms of the Settlement Agreement (Exhibits B and C).

9.      Defendant is now in default on the Complaint and as supported by the attached Affidavits (Exhibits 1 and 2) the sums due are:

|  | |
|---|---|
| $6,522.68 | Welfare |
| $2,168.92 | Pension |
| $1,250.00 | Attorneys fees |
| $485.00 | Court costs |
| $10,426.60 | Total |

WHEREFORE, Plaintiffs pray for:

1.      Entry of judgment in a sum certain against Defendant, MOYA TRUCKING INCORPORATED, an Illinois corporation, and in favor of Plaintiffs, TRUSTEES OF THE SUBURBAN TEAMSTERS OF NORTHERN ILLINOIS PENSION AND WELFARE FUNDS in the amount of $10,426.60 with no just reason for delay in enforcement under FRCP 54(b).

TRUSTEES OF THE SUBURBAN TEAMSTERS
OF NORTHERN ILLINOIS PENSION AND
WELFARE FUNDS

s/John J. Toomey
ARNOLD AND KADJAN, LLP
35 E. Wacker Drive, Suite 600
Chicago, IL 60601
Telephone No.:  (312) 236-0415
Facsimile No.:  (312) 341-0438
Dated:  September 25, 2025

# EXHIBIT A

Page 1 of 1

**Employer Name: Moya Trucking, Inc.**
**Address: 301 Barron St Bensenville, IL 60106**

ER# 5380
LOCAL: 673

Phone: (630) 333-3457
Contact: Felipe Cano

Audit Date: 08/17/2022

Period Covered: April 1, 2018 through June 30, 2022

| Error Code Descriptions |
|---|
| A) Weeks/Days on load sheets not reported. |

| Name | | Soc Sec No | Error Code | Work Month | Welfare Weeks/Hrs | Pension Weeks/Hrs | Weekly/Hrly Welfare Rate | Weekly Pension Rate | Amount Due Welfare | Amount Due Pension | Employer Number |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Cano | Felipe | XXX-XX | A | Sep-18 | 1.00 | | $ 363.00 | $ 300.20 | $ 363.00 | $ - | 5380 |
| Cano | Felipe | XXX-XX | A | Aug-19 | 1.00 | 0.50 | $ 379.00 | $ 316.20 | $ 379.00 | $ 158.10 | 5380 |
| Cano | Felipe | XXX-XX | A | Aug-20 | 1.00 | 0.75 | $ 395.00 | $ 336.20 | $ 395.00 | $ 252.15 | 5380 |
| Cano | Felipe | XXX-XX | A | Oct-20 | 1.00 | | $ 395.00 | $ 336.20 | $ 395.00 | $ - | 5380 |
| Cano | Felipe | XXX-XX | A | Nov-20 | 3.00 | 1.50 | $ 395.00 | $ 336.20 | $ 1,185.00 | $ 504.30 | 5380 |
| Cano | Felipe | XXX-XX | A | Jul-21 | 1.00 | | $ 413.00 | $ 357.00 | $ 413.00 | $ - | 5380 |
| Cano | Felipe | XXX-XX | A | Oct-21 | 1.00 | 0.75 | $ 413.00 | $ 357.00 | $ 413.00 | $ 267.75 | 5380 |
| Cano | Felipe | XXX-XX | A | Nov-21 | 4.00 | 2.25 | $ 413.00 | $ 357.00 | $ 1,652.00 | $ 803.25 | 5380 |
| Cano | Felipe | XXX-XX | A | Apr-22 | 2.00 | 1.25 | $ 413.00 | $ 357.00 | $ 826.00 | $ 446.25 | 5380 |
| | | | | | | | **Total UNPAID Contributions:** | | $ 6,021.00 | $ 2,431.80 | |

Liquidated Damages 10% UNPAID (Contributions over 1 mo. Late): $ 602.10 $ 243.18

**Late Payment Interest .5% per mo. on UNPAID Contributions:**

| Work Month | Amount Due Welfare | % Int. | Int. Due Welfare | Amount Due Pension | % Int. | Int. Due Pension |
|---|---|---|---|---|---|---|
| Sep-18 | $ 363.00 | 24.00% | $ 87.12 | $ - | 24.00% | $ - |
| Aug-19 | $ 379.00 | 18.50% | $ 70.12 | $ 158.10 | 18.50% | $ 29.25 |
| Aug-20 | $ 395.00 | 12.50% | $ 49.38 | $ 252.15 | 12.50% | $ 31.52 |
| Oct-20 | $ 395.00 | 11.50% | $ 45.43 | $ - | 11.50% | $ - |
| Nov-20 | $ 1,185.00 | 11.00% | $ 130.35 | $ 504.30 | 11.00% | $ 55.47 |
| Jul-21 | $ 413.00 | 7.00% | $ 28.91 | $ - | 7.00% | $ - |
| Oct-21 | $ 413.00 | 5.50% | $ 22.72 | $ 267.75 | 5.50% | $ 14.73 |
| Nov-21 | $ 1,652.00 | 5.00% | $ 82.60 | $ 803.25 | 5.00% | $ 40.16 |
| Apr-22 | $ 826.00 | 2.50% | $ 20.65 | $ 446.25 | 2.50% | $ 11.16 |

Total Late Payment Interest Unpaid Contributions: $ 537.28 $ 182.29

| Total Due Unpaid Contributions + Liq. Damages + Late Interest: | $ 7,160.38 | 2,857.27 |
|---|---|---|

**Paid Contributions Discrepancies**

| | WELFARE | PENSION |
|---|---|---|
| Jun-18 Underpaid Welfare Fund | $ 2.00 | $ - |
| Jun-19 Rate Increase June 2019 | $ 64.00 | $ 64.00 |
| Jul-19 Rate Increase June 2019 | $ 64.00 | $ 64.00 |
| Aug-19 Rate Increase June 2019 | $ 64.00 | $ 64.00 |
| Jun-20 Rate Increase June 2020 | $ 64.00 | $ 80.00 |

**Paid Contributions Interest and Liquidated Damages**

| | WELFARE | PENSION |
|---|---|---|
| None | $ - | $ - |

| Total Due on Paid Contributions: | $ 258.00 | $ 272.00 |
|---|---|---|

| TOTAL AMOUNT DUE ER # 5380 | $ 7,418.38 | 3,129.27 |
|---|---|---|

# EXHIBIT B

## PENSION INSTALLMENT NOTE

### December 26, 2024

For Value Received, the undersigned promises to pay to the order of <u>SUBURBAN TEAMSTERS OF NORTHERN ILLINOIS PENSION AND WELFARE FUND</u> the principal sum of <u>Three Thousand One Hundred Twenty Nine Dollars and 27/100 ($3,129.27) Dollars</u>.

Employer shall make a down payment of:

| Date | Amount |
|------|--------|
| January 15, 2025 | $250.00 |
| February 15, 2025 | $250.00 |
| March 15, 2025 | $250.00 |
| April 15, 2025 | $250.00 |

Employer shall pay on <u>May 15, 2025</u>, the sum of <u>One Hundred Eighty Six Dollars and 67/100 ($186.67)</u>; and on the <u>15th</u> day of each month thereafter for 10 consecutive months the sum of <u>One Hundred Eighty Six Dollars and 67/100 ($186.67)</u> and a final payment of <u>One Hundred Eighty Sixty Dollars and 67/100 ($186.67)</u> on <u>April 15, 2026.</u>

All payments on account of the indebtedness represented by this Note shall be applied first to accrued and unpaid interest and the remainder to principal. Any installment of principal not paid when due shall bear interest after default/maturity at the rate of <u>18</u> per cent per annum. Payments of both principal and interest shall be made at <u>ARNOLD AND KADJAN, LLP, 35 E. WACKER DRIVE, SUITE 600, CHICAGO, IL 60601</u> or such other place as the legal holder hereof may from time to time in writing appoint.

<u>EMPLOYER IS TO REMAIN CURRENT IN ITS FUND CONTRIBUTIONS DURING THE TERM OF THIS NOTE</u>. Failure to do so will be considered a default, causing the remaining unpaid Note balance to become immediately due and payable.

The undersigned hereby authorizes, irrevocably, any attorney of any court of record to appear for the undersigned in such court, in term time or vacation, at any time after default in the payment of any installment of the principal hereof, accelerate the remaining debt, and confess judgment without process in favor of the payee or holder of this Note for such amount as may appear to be unpaid thereon, together with reasonable costs of collection including reasonable attorney's fees, and to waive and release all errors which may intervene in any such proceedings, and consent to immediate execution upon such judgment, hereby ratifying and confirming all that said attorney may do by virtue hereof.

If this Note is signed by more than one person or entity, the obligations and authorizations hereunder shall be joint and several.

All parties hereto severally waive presentment for payment, notice of dishonor and protest.

**For the audit period April 1, 2018**
**through June 30, 2022**

**MOYA TRUCKING INCORPORATED**
**an Illinois corporation**

By: _____
Felipe Caño, President

By: _____
Felipe Caño, Individually

The maker of this Note acknowledges the above indebtedness represents fringe benefit contributions and other costs and charges due and owing pursuant to applicable provisions of the Employee Retirement Income and Security Act, 29 U.S.C. 1145 and is given in settlement of Case No. 24 C 12857 in the Federal District Court for the Northern District of Illinois.

# EXHIBIT C

## WELFARE INSTALLMENT NOTE

### December 26, 2024

For Value Received, the undersigned promises to pay to the order of **SUBURBAN TEAMSTERS OF NORTHERN ILLINOIS WELFARE FUND** the principal sum of **Seven Thousand Four Hundred Eighteen Dollars and 38/100 ($7,418.38) Dollars**.

**Employer shall make a down payment of:**

| Date | Amount |
|------|--------|
| January 15, 2025 | $250.00 |
| February 15, 2025 | $250.00 |
| March 15, 2025 | $250.00 |
| April 15, 2025 | $250.00 |

Employer shall pay on **May 15, 2025**, the sum of **Five Hundred Sixty One Dollars and 38/100 ($561.38)**; and on the **15th** day of each month thereafter for 10 consecutive months the sum of **Five Hundred Sixty One Dollars and 38/00 ($561.38)** and a final payment of **Five Hundred Sixty One Dollars and 38/100 ($561.38)** on **April 15, 2026.**

All payments on account of the indebtedness represented by this Note shall be applied first to accrued and unpaid interest and the remainder to principal. Any installments of principal not paid when due shall bear interest after default/maturity at the rate of 18 per cent per annum. Payments of both principal and interest shall be made at **ARNOLD AND KADJAN, LLP, 35 E. WACKER DRIVE, SUITE 600, CHICAGO, IL 60601** or such other place as the legal holder hereof may from time to time in writing appoint.

**EMPLOYER IS TO REMAIN CURRENT IN ITS FUND CONTRIBUTIONS DURING THE TERM OF THIS NOTE**. Failure to do so will be considered a default, causing the remaining unpaid Note balance to become immediately due and payable.

The undersigned hereby authorizes, irrevocably, any attorney of any court of record to appear for the undersigned in such court, in term time or vacation, at any time after default in the payment of any installment of the principal hereof, accelerate the remaining debt, and confess judgment without process in favor of the payee or holder of this Note for such amount as may appear to be unpaid thereon, together with reasonable costs of collection including reasonable attorney's fees, and to waive and release all errors which may intervene in any such proceedings, and consent to immediate execution upon such judgment, hereby ratifying and confirming all that said attorney may do by virtue hereof.

If this Note is signed by more than one person or entity, the obligations and authorizations hereunder shall be joint and several.

All parties hereto severally waive presentment for payment, notice of dishonor and protest.

**For the audit period April 1, 2018 through June 30, 2022**

**MOYA TRUCKING INCORPORATED**
**an Illinois corporation**

By: _Felipe Cano_
Felipe Cano, President

By: _Felipe Cano_
Felipe Cano, Individually

The maker of this Note acknowledges the above indebtedness represents fringe benefit contributions and other costs and charges due and owing pursuant to applicable provisions of the Employee Retirement Income and Security Act, 29 U.S.C. 1145 and is given in settlement of Case No. 24 C 12857 in the Federal District Court for the Northern District of Illinois.

# EXHIBIT D

Case: 1:24-cv-12857 Document #: 11 Filed: 02/04/25 Page 1 of 1 PageID #:26

# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois − CM/ECF NextGen 1.8 (rev. 1.8.2)
### Eastern Division

Trustees of the Suburban Teamsters of Northern
Illinois Welfare and Pension Funds

Plaintiff,

v.

Case No.: 1:24−cv−12857

Honorable Sharon Johnson
Coleman

Moya Trucking Incorporated, an Illinois
corporation

Defendant.

# NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, February 4, 2025:

      MINUTE entry before the Honorable Sharon Johnson Coleman: Pursuant to
Federal Rule of Civil Procedure 41(a)(1)(A)(i), this case is dismissed without prejudice. If
no motion to reinstate is filed by June 15, 2026, the dismissal shall automatically convert
to one with prejudice with no further action by the Court. Status hearing set for 2/21/2025
is stricken. Civil case terminated. Mailed notice. (ym)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of
Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was
generated by CM/ECF, the automated docketing system used to maintain the civil and
criminal dockets of this District. If a minute order or other document is enclosed, please
refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our
web site at ***www.ilnd.uscourts.gov***.

# GROUP EXHIBIT E

LAW OFFICES

### ARNOLD AND KADJAN, LLP

35 EAST WACKER DRIVE
SUITE 600
**CHICAGO IL**
60601-2106

JOHN J. TOOMEY
DONALD D. SCHWARTZ
STEVEN F. McDOWELL
PAUL M. EGAN
—————————
JAMES R. ANDERSON
GRANT R. PIECHOCINSKI

TELEPHONE (312) 236-0415
FAX (312) 341-0438
EMAIL: info@aandklaw.com

HUGH B. ARNOLD (1961-2020)
DANIEL N. KADJAN (1961-1993)

May 27, 2025

By email moyatrucking@1962@gmail.com
and Regular Mail
Mr. Felipe Cano
President and Registered Agent
Moya Trucking Incorporated
an Illinois corporation
301 Barron Street
Bensenville, Illinois 60106

### NOTICE OF DEFAULT/OPPORTUNITY TO CURE

Re:  Delinquent Suburban Teamsters Pension and Welfare Installment Notes
     May 15, 2025 Installment Note Payments

Dear Mr. Curiel:

Your May 15, 2025 installment note payments of $186.67 Pension and $561.38 Welfare under the Settlement Agreement are due and have not been received. The balance due on your Pension installment note is $2,168.92 and the remaining balance due the Welfare Fund installment note is $6,522.68.

Suit will be initiated for breach of the note Settlement Agreements to collect the entire balance due on the accelerated note(s) unless the default is cured within five business days. All payments should be made payable to the Suburban Teamsters of Northern Illinois Funds and forwarded to the Suburban Teamsters of Northern Illinois, 1171 Commerce Drive, Unit 1, West Chicago, Illinois 60185.

Yours truly,

ARNOLD AND KADJAN

By: John J. Toomey

JJT:cc
cc:  Suburban Teamsters

12/27/2024 9:59:25 AM  Page 1

Moya Welfare

Compound Period ......... :  Monthly

Nominal Annual Rate .... :  6.000 %

CASH FLOW DATA

| | Event | Date | Amount | Number | Period | End Date |
|---|---|---|---|---|---|---|
| 1 | Loan | 01/15/2025 | 7,418.38 | 1 | | |
| 2 | Payment | 01/15/2025 | 250.00 | 1 | | |
| 3 | Payment | 02/15/2025 | 250.00 | 1 | | |
| 4 | Payment | 03/15/2025 | 250.00 | 1 | | |
| 5 | Payment | 04/15/2025 | 250.00 | 1 | | |
| 6 | Payment | 05/15/2025 | 561.38 | 12 | Monthly | 04/15/2026 |

AMORTIZATION SCHEDULE - Normal Amortization

| | Date | Payment | Interest | Principal | Balance |
|---|---|---|---|---|---|
| Loan | 01/15/2025 | | | | 7,418.38 |
| 1 | 01/15/2025 | 250.00 | 0.00 | 250.00 | 7,168.38 |
| 2 | 02/15/2025 | 250.00 | 35.84 | 214.16 | 6,954.22 |
| 3 | 03/15/2025 | 250.00 | 34.77 | 215.23 | 6,738.99 |
| 4 | 04/15/2025 | 250.00 | 33.69 | 216.31 | 6,522.68 |
| 5 | 05/15/2025 | 561.38 | 32.61 | 528.77 | 5,993.91 |
| 6 | 06/15/2025 | 561.38 | 29.97 | 531.41 | 5,462.50 |
| 7 | 07/15/2025 | 561.38 | 27.31 | 534.07 | 4,928.43 |
| 8 | 08/15/2025 | 561.38 | 24.64 | 536.74 | 4,391.69 |
| 9 | 09/15/2025 | 561.38 | 21.96 | 539.42 | 3,852.27 |
| 10 | 10/15/2025 | 561.38 | 19.26 | 542.12 | 3,310.15 |
| 11 | 11/15/2025 | 561.38 | 16.55 | 544.83 | 2,765.32 |
| 12 | 12/15/2025 | 561.38 | 13.83 | 547.55 | 2,217.77 |
| 2025 Totals | | 5,491.04 | 290.43 | 5,200.61 | |
| 13 | 01/15/2026 | 561.38 | 11.09 | 550.29 | 1,667.48 |
| 14 | 02/15/2026 | 561.38 | 8.34 | 553.04 | 1,114.44 |
| 15 | 03/15/2026 | 561.38 | 5.57 | 555.81 | 558.63 |
| 16 | 04/15/2026 | 561.38 | 2.75 | 558.63 | 0.00 |
| 2026 Totals | | 2,245.52 | 27.75 | 2,217.77 | |
| Grand Totals | | 7,736.56 | 318.18 | 7,418.38 | |

Moya Trucking Pension

Compound Period ......... : Monthly

Nominal Annual Rate .... : 6.000 %

CASH FLOW DATA

| | Event | Date | Amount | Number | Period | End Date |
|---|---------|------------|----------|--------|---------|------------|
| 1 | Loan | 01/15/2025 | 3,129.27 | 1 | | |
| 2 | Payment | 01/15/2025 | 250.00 | 1 | | |
| 3 | Payment | 02/15/2025 | 250.00 | 1 | | |
| 4 | Payment | 03/15/2025 | 250.00 | 1 | | |
| 5 | Payment | 04/15/2025 | 250.00 | 1 | | |
| 6 | Payment | 05/15/2025 | 186.67 | 12 | Monthly | 04/15/2026 |
| 7 | Payment | 05/15/2026 | 0.00 | 1 | | |

AMORTIZATION SCHEDULE - Normal Amortization

| | Date | Payment | Interest | Principal | Balance |
|---|------------|----------|----------|-----------|----------|
| Loan | 01/15/2025 | | | | 3,129.27 |
| 1 | 01/15/2025 | 250.00 | 0.00 | 250.00 | 2,879.27 |
| 2 | 02/15/2025 | 250.00 | 14.40 | 235.60 | 2,643.67 |
| 3 | 03/15/2025 | 250.00 | 13.22 | 236.78 | 2,406.89 |
| 4 | 04/15/2025 | 250.00 | 12.03 | 237.97 | 2,168.92 |
| 5 | 05/15/2025 | 186.67 | 10.84 | 175.83 | 1,993.09 |
| 6 | 06/15/2025 | 186.67 | 9.97 | 176.70 | 1,816.39 |
| 7 | 07/15/2025 | 186.67 | 9.08 | 177.59 | 1,638.80 |
| 8 | 08/15/2025 | 186.67 | 8.19 | 178.48 | 1,460.32 |
| 9 | 09/15/2025 | 186.67 | 7.30 | 179.37 | 1,280.95 |
| 10 | 10/15/2025 | 186.67 | 6.40 | 180.27 | 1,100.68 |
| 11 | 11/15/2025 | 186.67 | 5.50 | 181.17 | 919.51 |
| 12 | 12/15/2025 | 186.67 | 4.60 | 182.07 | 737.44 |
| 2025 Totals | | 2,493.36 | 101.53 | 2,391.83 | |
| 13 | 01/15/2026 | 186.67 | 3.69 | 182.98 | 554.46 |
| 14 | 02/15/2026 | 186.67 | 2.77 | 183.90 | 370.56 |
| 15 | 03/15/2026 | 186.67 | 1.85 | 184.82 | 185.74 |
| 16 | 04/15/2026 | 186.67 | 0.93 | 185.74 | 0.00 |
| 17 | 05/15/2026 | 0.00 | 0.00 | 0.00 | 0.00 |
| 2026 Totals | | 746.68 | 9.24 | 737.44 | |
| Grand Totals | | 3,240.04 | 110.77 | 3,129.27 | |

LAW OFFICES

# ARNOLD AND KADJAN, LLP

35 EAST WACKER DRIVE
SUITE 600
CHICAGO IL
60601-2106

JOHN J. TOOMEY
DONALD D. SCHWARTZ
STEVEN F. McDOWELL
PAUL M. EGAN

JAMES R. ANDERSON
GRANT R. PIECHOCINSKI

TELEPHONE (312) 236-0415
FAX (312) 341-0438
EMAIL: info@aandklaw.com

HUGH B. ARNOLD (1961-2020)
DANIEL N. KADJAN (1961-1993)

July 28, 2025

By email moyatrucking1962@gmail.com
and Regular Mail
Mr. Felipe Cano
President and Registered Agent
Moya Trucking Incorporated
an Illinois corporation
301 Barron Street
Bensenville, Illinois 60106

## NOTICE OF DEFAULT/OPPORTUNITY TO CURE

Re:  Delinquent Suburban Teamsters Pension and Welfare Installment Notes
**May 15, 2025 through July 15, 2025 Installment Note Payments**

Delinquent Suburban Teamsters Pension and Welfare Monthly Contributions
**January, 2025 through June, 2025**

Dear Mr. Cano:

Your **May 15, 2025 through July 15, 2025** installment note payments of $186.67 Pension and
$561.38 Welfare under the Settlement Agreement are due and have not been received. The
balance due on your Pension installment note is **$2,168.92** and the remaining balance due the
Welfare Fund installment note is **$6,522.68** for a total due of $8,691.57.

In addition, the Funds advise that Moya Trucking has not made **January, 2025 through June,
2025** monthly welfare and pension contributions.

As you know, one of the terms of the Welfare and Pension installment notes require that Moya
Trucking Incorporated remain current on their monthly contributions throughout the period of
the installment note program.

Absent receipt of **January, 2025 through June, 2025** contributions along with payment to the
Fund within the next 5 days, we will seek court intervention.

Suit will be reinstated for breach of the note Settlement Agreements to collect the entire balance due on the accelerated note(s) unless the default is cured within five business days. All payments should be made payable to the Suburban Teamsters of Northern Illinois Funds and forwarded to John J. Toomey, Arnold and Kadjan, LLP, 35 E. Wacker Drive, Suite 600, Chicago, Illinois 60601.

Yours truly,

ARNOLD AND KADJAN

By:

John J. Toomey

JJT:cc
cc:   Suburban Teamsters